The decree of the district court is reversed, and the case is remanded to that court, with directions to enter a decree in favor of the libelants below, on the theory that the Columbian was alone in fault, with interest and the costs of the district court; and the costs of appeal are awarded to the appellants.

ALDRICH, District Judge. This case does not strike me as it does the other judges sitting. I should prefer to rest the decision upon the result reached by the district judge, who saw and heard the witnesses. The majority opinion goes upon the ground that the fault of the schooner, if there was fault, did not contribute to the collision. But it seems to me that the situation on the schooner was inexcusable, and presents such conditions of indifference, at least, if not conditions of carelessness and abandon, as to remove the case from that class of cases which require the appellate court to see clearly, before disturbing the result, that the fault was other or different than that found by the court which saw the witnesses.

# MEMORANDUM DECISIONS.

AMERICAN SURETY CO. OF NEW YORK v. BURLINGTON ELEVATOR CO. (Circuit Court of Appeals, Eighth Circuit. December 13, 1899.) No. 1,260. In Error to the Circuit Court of the United States for the Eastern District of Missouri. William B. Thompson, Thomas W. Bullitt, Clinton Rowell, and Rudolph Schulenberg, for plaintiff in error. F. W. Lehmann, for defendant in error. Dismissed, with costs, on motion of plaintiff in error.

BARSTOW v. FARMERS' LOAN & TRUST CO. et al. (Circuit Court of Appeals, Eighth Circuit. December 21, 1899.) No. 1,277. Appeal from the Circuit Court of the United States for the Eastern District of Arkansas. J. M. & J. G. Taylor, for appellant. John McClure and P. C. Dooley, for appellees. No opinion. Reversed, with costs, upon confession of error, and cause remanded for further proceedings.

BARSTOW v. FARMERS' LOAN & TRUST CO. et al. (Circuit Court of Appeals, Eighth Circuit. December 21, 1899.) No. 1,278. Appeal from the Circuit Court of the United States for the Eastern District of Arkansas. J. M. & J. G. Taylor, for appellant. No opinion. Affirmed, with costs, by consent of appellant.

BRADFORD MILL CO. v. LODGE & SHIPLEY MACHINE TOOL CO. (Circuit Court of Appeals, Sixth Circuit. March 15, 1900.) No. 776. Appeal from the Circuit Court of the United States for the Southern District of Ohio. George J. Murray, for appellant. George B. Parkinson, for appellee. No opinion. Decree of circuit court affirmed.